JUDGE: CHRISTOPHER M. ALSTON
Chapter: 7
Hearing Location: Seattle
Hearing Date: December 6, 2023
Hearing Time:
Response Date:

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re.<br>ERIC THOMAS STAMNES,<br><br>                          Debtor.<br><br>JANE DOE,<br>                          Plaintiff,<br>v.<br>ERIC THOMAS STAMNES,<br>                          Defendant. | No. 23-10766-CMA<br><br>**Adv. Proc. No. 23-01052-CMA**<br><br>AGREED ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS CASE<br><br>[Proposed] |
|---|---|

THIS MATTER having come on regularly for consideration upon the Stipulation to Continue Hearing Date for Defendant's Motion to Dismiss Case filed by Plaintiff Jane Doe also known as Danielle Bennett ("Plaintiff"), and Defendant/Debtor Eric Thomas Stamnes ("Defendant"), and the Court having reviewed the Stipulation, finds as follows:

1. The hearing on Defendant's Motion is currently set for January 25, 2024 at 11:00 a.m.

2. The parties have demonstrated good cause for requesting a continuance due to the previously scheduled conflict existing for Plaintiff's Counsel.

Agreed Order Continuing Hearing Date - 1

Wong & Fleming
9840 Willows Rd NE, Suite 200
Redmond, WA 98052
Tel: (425) 869-4040   Fax: (425) 869-4050

3. The hearing date should be continued from the current date of January 25, 2024 at 11:00 a.m. to the date of February 29, 2024 at 11:00 a.m. for the aforementioned reason.

4. Plaintiff's deadline to respond to Defendant's Motion should be continued to February 21, 2024.

**ORDER**

It is hereby ORDERED:

1. The hearing date is continued from the current date of January 25, 2024 at 11:00 a.m. to the date of February 29, 2024 at 11:00 a.m.

2. Plaintiff's deadline to respond to Defendant's Motion should be continued to February 21, 2024.

3. _____.

DATED AND SIGNED IN OPEN COURT THIS _____ DAY OF December 2023.

_____
Judge Christopher M. Alston

Presented by:

Wong Fleming

/s Candace M. Wilkerson_____
Candace M. Wilkerson, WSBA #42211
Attorney for Plaintiff

Approved as to entry:

*/s per email authorization 12/6/2023*
Eric Thomas Stamnes
Defendant/Borrower, in pro se